UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2026 FEB 17 AM 11: 49

MILTON WAYNE NETTLES,
T.D.C.J.-ID #02188045,
RAMSEY 3/C.T.TERRELL UNIT,
1300 FM 655, ROSHARON, TEXAS
77583-8604,

        PLAINTIFF,

    VS.

LIEUTENANT MARTIN GONZALES,
AND TWO (2) "JOHN DOES" SHERIFF's OF
"ATASCOSA COUNTY" OFFICE "1108
CAMPBELL AVE., JOURDANTON, TEXAS
78026" PHONE # (830) 769-3434,
IN THE CASE, ET. AL.,
    WITH 83 DEFENDANTS!

§
§
§ **26 CV 1344**
§ CIVIL ACTION NO. ?
§ (24-CV-7078 (L.T.S);
§ 24MC127, Docket No. 25-4)
§
§ _____
§
§ _____
§
§ DEMAND A JURY TRIAL:
§
§ [✓] YES     [ ] NO
§
§
§
§

---

TO THE HONORABLE JUDGE OF SAID COURT OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.

    On December of 2024, Plaintiff had filed a written statement to The United States District Court for The Southern District of New York, on asking "PERMISSION TO FILE A "42 U.S.C.S. § 1983-CIVIL RIGHTS COMPLAINT" with "DOCUMENTS", and when Plaintiff did get an Answer Back on Stating! "Have 30 days to file your Complaint to Court." Plaintiff did not Know Plaintiff had a "Time Limit" to file a Complaint, and all Plaintiff was Asking was," Wanted To GET PERMISSION IN THIS COURT So Plaintiff Could file (Plaintiff wasn't finish with Complaint, and ONLY Was

1.

asking, IF Plaintiff Could get the (Permission to File) his Complaint to this Court.

On May 28, 2025 and MANDATE as Moot in light of the Court's Mandate issued May 28, 2025.

On February 9TH, 2026, Plaintiff is Truly Asking for "PERMISSION," So Plaintiff Can File Plaintiffs "42 U.S.C.S. § 1983- CIVIL ACTION FoR DEPRIVATION OF RIGHTS" Complaint, AND Now Plaintiff is Ready to file, Because Plaintiff is finished with Writing this Complaint of the "42 U.S.C.S. § 1983-CIVIL ACTION FoR DEPRIVATION." The reason why it took so so long to write this up, Plaintiff Could Not and Couldn't write Every day because of Plaintiff Injuries when Plaintiff IS Illegally Arrested by Two(2) "JOHN DoES SHERIFF's"

"Article III. Section 1., Section 2., Section 3. of the Constitution Confines the Jurisdiction of a federal courts to 'Cases' and 'Controversies.'" See, Diamond Alt. Energy, LLC V. EPA, 145 S. Ct. 2121, 2133 (June 20, 2025). "For a lawsuit to constitute a Case within the meaning of Article III. § 1,2,3 a Plaintiff do have a standing to Sue. "The irreducible Constitutional minimum of standing contains three elements: Injury in Fact, Causation, and Redressability." The third requirement, redressability, "requires that the Court be able to afford relief through the exercise of its power." See, Haaland V. Brackeen, 599 U.S. 255, 294 (June 15, 2023).

As of Now ON February 9TH, 2026, Plaintiff is Now wanna present this Sue and if Plaintiff do have "PERMISSION," and when Plaintiff do get a response back from this Court, Plaintiff "WILL FILE" This Complaint within 30 days from the Date that Court Will Issued from this Court.

SIGNED ON THIS DAY 9TH OF FEBRUARY, 2026.

Respectfully Submitted,

Milton Wayne Nettles #02188045.

Plaintiff Address that is "Validate":
"Milton Wayne Nettles, T.D.C.J.-ID#02188045,
Ramsey 3/C.T. Terrell Unit,
1300 FM 655,
Rosharon, Texas 77583-8604."

2.

Case 5:26-cv-02106-OLG   Document 1   Filed 02/17/26   Page 3 of 3

Milton Wayne Nettles, T.D.C.J.-ID#02188045
Ramsey 3/ C.T. Terrell Unit
1300 FM 655
Rosharon, Texas 77583-8604

HOUSTON TX RPDC 773

10 FEB 2026   PM 3 L



FOREVER

RECEIVED
SDNY PRO SE OFFICE
2026 FEB 17 AM 11: 49

CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007

RECEIVED
FEB 17 2026
CLERK'S OFFICE
S.D.N.Y.

10007-133099